## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | : | |
| DAHFIR YASEEN | : | CASE NO. _____ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STRATEGIC DELIVERY SOLUTIONS, LLC, | : | SEPTEMBER 20, 2021 |
| Defendant. | : | |
| _____ | : | |

### PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, the Defendant, STRATEGIC DELIVERY SOLUTIONS, LLC ("Defendant"), respectfully petitions this Court as follows:

1.     An action was commenced against Defendant in the Superior Court of the State of Connecticut, Judicial District of Meriden, titled *Dahfir Yaseen v. Strategic Delivery Solutions, LLC*, No. NNI-CV21-6024318-S (the "State Action"). A copy of the Summons and Complaint is attached as **Exhibit A**.

2.     Service of the Summons and Complaint was first made upon Defendant, through its agent, on August 26, 2021. This petition is being filed pursuant to 28 U.S.C. § 1446(b)(3), within thirty (30) days of receipt by Defendant of service; the time for filing this petition has not expired.

3.     Defendant has not served an answer or responsive pleading to the Complaint. The only pending motion in the State Action at the time of its removal is Plaintiff's Motion for Default for Failure to Appear, filed on September 17, 2021.  There have been no further proceedings in the

127156705.1

State Action other than the filing of the Complaint, Summons and Return of Service. A copy of the docket sheet is attached as **Exhibit B**.

4.      According to the Summons, the Plaintiff, Dahfir Aziz Yaseen ("Plaintiff"), is a citizen of the State of Connecticut.  Plaintiff lists an address on his state court summons of 66 Minnesota Lane, Bristol, Connecticut 06011.

5.      The corporate Defendant and its sole member are citizens of the State of New Jersey:

        a.      Defendant is a New Jersey limited liability company, whose sole member is Andrew Kronick, an individual and citizen of New Jersey.

6.      The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.      Plaintiff's Complaint alleges, in part, discrimination based on race, religion, national origin, ancestry and status as an immigrant in violation of Title VII of the Civil Rights Act of 1964 (codified as 42 U.S.C. § 2000e—2(a)). (Complaint, Count Two.)

8.      Based upon the foregoing, the State Action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441, because this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1332 (federal question and diversity, respectively).

9.      Venue is proper pursuant to 28 U.S.C. § 1391.

10.     Pursuant to 28 U.S.C. § 1446(d), Defendant has on this date notified the Superior Court of the State of Connecticut of the filing of this petition. A copy of the Notice of Removal filed in Superior Court is attached as **Exhibit C**.

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant respectfully requests that this action be removed from the Superior Court of the State of Connecticut and henceforth proceed in this Court.

THE DEFENDANT,
STRATEGIC DELIVERY SOLUTIONS, LLC

By: */s/ Micah J. Vitale*
    Jonathan C. Sterling
    Micah J. Vitale
    CARLTON FIELDS, P.A.P.C
    One State Street, Suite 1800
    Hartford, CT  06103-3102
    Telephone: (860) 392-5000
    Facsimile: (860) 392-5058
    E-mail:    jsterling@carltonfields.com
             mjvitale@carltonfields.com
    Juris No. 420124

    Its Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of September 2021, a copy of the foregoing was e-filed and served by U.S. Mail and e-mail, upon the following counsel of record:

Richard A. Roberts, Esq.
Samim Jabarkhail, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box. 747
Cheshire, CT 06410
Tel.: 203-250-2000
Fax: 203-250-3131
Email: rroberts@nuzzo-roberts.com


*/s/ Micah J. Vitale*
Micah J. Vitale

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on
ADA accommodations,
contact a court clerk or
go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 54 W. Main Street, Meriden, CT 06451 | ( 203 ) 238 – 6666 | 09/14/2021 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **Meriden** | Major: **M**    Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Nuzzo & Roberts, LLC, One Town Center, Cheshire, CT 06410 | 302266 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 250 – 2000 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* recep@nuzzo-roberts.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **Yaseen, Dahfir Aziz, 66 Minnesota Lane, Bristol, CT 06011**<br>Address: | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: **Strategic Delivery Solutions, LLC, 11B Picone Boulevard, NY 11735, 136 Central Ave., Clark, NJ 07066**<br>Address: **Agent for Service: Corporation Service Company, 100 Pearl St., 17th Flr, MC-CSC1, Hartford, CT 06103** | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 8/23/2021 | | ☐ _____ Clerk | Richard A. Roberts |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Print Form          Page 1 of 2          Reset Form

## Instructions

1. *Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.*

2. *If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.*

3. *Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.*

4. *After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.*

5. *Use this summons for the case type codes shown below.*

   *Do not use this summons for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
   (b) *Any actions or proceedings in which an attachment, garnishment or replevy is sought*
   (c) *Applications for change of name*
   (d) *Probate appeals*

   (e) *Administrative appeals*
   (f) *Proceedings pertaining to arbitration*
   (g) *Summary Process (Eviction) actions*
   (h) *Entry and Detainer proceedings*
   (i) *Housing Code Enforcement actions*

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

ONE TOWN CENTER   •   POST OFFICE BOX 747   •   CHESHIRE, CONNECTICUT 06410   •   (203) 250-2000   FAX (203) 250-3131   •   JURIS NUMBER 019193

LAW OFFICES   •   NUZZO & ROBERTS, L.L.C.

RETURN DATE:  SEPTEMBER 14, 2021

DAHFIR AZIZ YASEEN

vs.

STRATEGIC DELIVERY
SOLUTIONS, LLC

SUPERIOR COURT

J. D. OF NEW HAVEN

AT MERIDEN

AUGUST 23, 2021

## COMPLAINT

### I.  PARTIES

1. Plaintiff, Dahfir Aziz Yaseen, is a resident of Bristol, Connecticut.

2. Defendant, Strategic Delivery Solutions, LLC ("SDS"), is a foreign limited liability company with the business address of 11B Picone Boulevard, in Farmingdale, New York, and is registered to do business in the state of Connecticut, with a business facility in the town of Cheshire.

3. At all times relevant, the defendant employed more than 15 persons.

4. At all times material, the plaintiff was an employee within the meaning of the Connecticut Fair Employment Practices Act ("CFEPA") C.G.S. § 46a-60 *et seq.*

5. At all times material, the defendant was an employer within the meaning of CFEPA.

6. The plaintiff is originally from Iraq and immigrated to the United States in 2010.

7. The plaintiff is a practicing Muslim and his native language is Arabic.

## II.   EXHAUSTION OF REMEDIES

8. On July 23, 2020, the plaintiff filed a complaint before the Connecticut Commission on Human Rights and Opportunities ("CHRO") alleging discrimination because of his race, religion, national origin, ancestry and status as an immigrant.  The CHRO complaint was filed within 300 days of the date that the plaintiff was terminated.

9. The plaintiff received a release of jurisdiction letter from the CHRO on June 7, 2021.  The plaintiff filed this civil action within 90 days of the release of jurisdiction.

## III.   FACTUAL ALLEGATIONS

10. The plaintiff was hired by SDS on or about November 11, 2015 as a delivery driver.

11. The plaintiff was interviewed for the position by Judy Pettengil, who at the time held the position of "Lead Driver" at SDS.  Upon conclusion of the interview, the plaintiff was hired.

12. After being hired, Ms. Pettingil was asked by a colleague who would later replace her as the Lead Driver, why she was hiring Muslims and told Ms. Pettingil that she should not be hiring Muslims.

13. During the plaintiff's employment with SDS, a time of more than four years, he was routinely harassed on the basis of his race, religion, national origin, ancestry and status as an immigrant.

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • JURIS NUMBER 019193
ONE TOWN CENTER • POST OFFICE BOX 747 • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131

14. The plaintiff was regularly asked "how is your camel?" He was asked if "Allah gives you hashish?" When his call to prayer app on his phone went off, he was asked "what is this shit?" He was ridiculed in front of his colleagues when he attempted to pray at work. These comments were made by the plaintiff's supervisor.

15. The plaintiff's supervisor would attempt to prevent the plaintiff from requesting a day off during the Muslim holiday of Eid even though the plaintiff found a substitute driver to perform his routes in accordance with company policy.

16. The plaintiff was compensated less for his routes that he serviced than non-Muslim drivers and his compensation differed from the formula that was supposed to be used to determine compensation for all drivers.

17. Sometime in 2018, the plaintiff had one of his routes taken away from him and the route was given to a non-Muslim/non-Arab driver.

18. The defendant's conduct was continuous, persistent and ongoing to the date of the termination of the plaintiff.

19. The plaintiff's attempts to complain to management and seek redress for the harassment, hostile environment, and disparate treatment were ignored.

20. As one of his tasks as a delivery driver for SDS, the plaintiff was required to fill Pyxis machines (medication dispensing systems) at the pharmacies to which he was making deliveries.

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131 • JURIS NUMBER 019193

ONE TOWN CENTER • POST OFFICE BOX 747

LAW OFFICES • NUZZO & ROBERTS, L.L.C.
ONE TOWN CENTER • POST OFFICE BOX 747 • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131 • JURIS NUMBER 019193

21.  Approximately a week prior to the plaintiff's termination, he was informed by the Lead Driver that he was not licensed to service the Pyxis systems and that it was unlawful for any drivers who were not licensed to be doing so.

22.  Most of the delivery drivers working for SDS in Connecticut did not have a license to be servicing the Pyxis systems but were required to do so as part of their tasks.

23.  SDS was intentionally requiring their delivery drivers to fill the medication storage systems at pharmacies when they were not qualified/licensed to do so. Some of the medications stored in the Pyxis machines were to be used for emergency uses.

24.  The plaintiff was unaware that such a task was unlawful and began asking around others to confirm whether a license was required to service the Pyxis systems.  A couple of days after the plaintiff's conversation with other drivers and individuals at the facilities to which he was making deliveries, the plaintiff was terminated.

25.  On or about February 11, 2020, the plaintiff was terminated.  The defendant stated that the termination was due to the plaintiff wearing a hat with SDS' logo in a video.

26. The defendant's stated reason for terminating the plaintiff is pretextual, and was used to mask unlawful discrimination and/or retaliation.

27.  Following his termination, the plaintiff's routes were given to non-Muslim and non-Arab drivers.

28. The plaintiff was a dedicated, productive employee who was qualified for his job with SDS.

## IV.   LEGAL CLAIMS

COUNT ONE:
DISCRIMINATION BASED ON RACE, RELIGION, NATIONAL
ORIGIN, ANCESTRY AND STATUS AS AN IMMIGRANT IN
VIOLATION OF CFEPA C.G.S. § 46A-60, ET SEQ.

29. The plaintiff incorporates by reference all preceding allegations in this Complaint.

30. The plaintiff's race, religion, national origin, ancestry and status as an immigrant was a motivating factor in the defendant's disparate treatment and unwillingness to address the harassment and hostile work environment, in violation of C.G.S. § 46a-60.

31. The plaintiff's race, religion, national origin, ancestry and status as an immigrant was a motivating factor in the defendant's decision to terminate his employment, in violation of C.G.S. § 46a-60.

32. The defendant's actions in discriminating against the plaintiff on the basis of his race, religion, national origin, ancestry and status as an immigrant were willful or with reckless indifference to the plaintiff's rights under CFEPA.

33. As a direct and proximate result of the defendant's conduct, the plaintiff has suffered and continues to and will into the future suffer, financial harm and loss, loss of employment, severe emotional distress, humiliation, embarrassment, upset, anxiety, and anxiety.

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131 • JURIS NUMBER 019193

ONE TOWN CENTER • POST OFFICE BOX 747

COUNT TWO:
DISCRIMINATION BASED ON RACE, RELIGION, NATIONAL
ORIGIN, ANCESTRY AND STATUS AS AN IMMIGRANT IN
VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964.

34.  The plaintiff incorporates by reference all preceding allegations in this

Complaint.

35. The plaintiff's race, religion, national origin, ancestry and status as an

immigrant was a motivating factor in the defendant's disparate treatment and

unwillingness to address the harassment and hostile work environment, in

violation of Title VII of the Civil Rights Act of 1964 codified as 42 U.S.C. §

2000e–2 (a) ("Title VII").

36.  The plaintiff's race, religion, national origin, ancestry and status as an

immigrant was a motivating factor in the defendant's decision to terminate his

employment, in violation of Title VII.

37.  The defendant's actions in discriminating against the plaintiff on the basis of

his race, religion, national origin, ancestry and status as an immigrant were

willful or with reckless indifference to the plaintiff's rights under Title VII.

38.  As a direct and proximate result of the defendant's conduct, the plaintiff has

suffered and continues to and will into the future suffer, financial harm and

loss, loss of employment, severe emotional distress, humiliation,

embarrassment, upset, anxiety, and anxiety.

LAW OFFICES • NUZZO & ROBERTS, L.L.C.
ONE TOWN CENTER   •   POST OFFICE BOX 747   •   CHESHIRE, CONNECTICUT 06410   •   (203) 250-2000  FAX (203) 250-3131   •   JURIS NUMBER 019193

COUNT THREE:
WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

39. The plaintiff incorporates by reference all preceding allegations in this Complaint.

40. It is an important public policy in Connecticut to only have licensed individuals service medication dispensing systems, especially when some of the medication are to be used for emergency uses. The plaintiff's termination, motivated in part by the plaintiff questioning the unlawful practice, violated said important public policy of the State of Connecticut.

41. As a direct and proximate result of the defendant's conduct, the plaintiff has suffered and continues to and will into the future suffer, financial harm and loss, loss of employment, severe emotional distress, humiliation, embarrassment, upset, anxiety, and anxiety.

COUNT FOUR:
VIOLATION OF THE CONNECTICUT FREE SPEECH STATUTE, C.G.S.
§ 31-51Q

42. The plaintiff incorporates by reference all preceding allegations in this Complaint.

43. The defendant terminated the plaintiff when the plaintiff began speaking to others about SDS' unlawful practice of having non-licensed individuals servicing the medication dispensing systems. The plaintiff was terminated on

account of his exercise of rights guaranteed to him by section 4 of article first of the Connecticut Constitution.

44.  The plaintiff's exercise of this protected constitutional rights did not substantially or materially interfere with his bona fide job performance or the working relationship between him and the defendant.

45.  The defendant's termination of the plaintiff was willful or done in reckless disregard for his rights under C.G.S. § 31-51q.

46.  As a direct and proximate result of the defendant's conduct, the plaintiff has suffered and continues to and will into the future suffer, financial harm and loss, loss of employment, severe emotional distress, humiliation, embarrassment, upset, and anxiety.

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131 • JURIS NUMBER 019193

ONE TOWN CENTER • POST OFFICE BOX 747

PRAYER FOR RELIEF

Wherefore, the plaintiff prays that the following relief be awarded:

1) The economic losses that he has suffered as a result of SDS' conduct;

2) Damages for the emotional harm he has suffered;

3) Attorneys' fees and costs pursuant to C.G.S. § 46a-104;

4) Punitive Damages pursuant to C.G.S. § 46a-104;

5) Common law punitive damages;

6) Pre-judgment and post-judgment interest on his economic losses; and

7) Such other equitable relief as the Court deems appropriate.

THE PLAINTIFF
DAHFIR AZIZ YASEEN

By_____
Richard A. Roberts, Esq.
Samim Jabarkhail, Esq.
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, CT 06410
Phone: (203) 250-2000
Facsimile: (203) 250-3131
Juris No. 019193
rroberts@nuzzo-roberts.com

RETURN DATE: SEPTEMBER 14, 2021     SUPERIOR COURT

DAHFIR AZIZ YASEEN     J. D. OF NEW HAVEN

vs.     AT MERIDEN

STRATEGIC DELIVERY
SOLUTIONS, LLC     AUGUST 23, 2021

<u>STATEMENT OF AMOUNT IN DEMAND</u>

The plaintiff claims damages in excess of $15,000 and equitable relief.

THE PLAINTIFF
DAHFIR AZIZ YASEEN

By_____
    Richard A. Roberts, Esq.
    Samim Jabarkhail, Esq.
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, CT 06410
    Phone:  (203) 250-2000
    Facsimile:  (203) 250-3131
    Juris No. 019193
    <u>rroberts@nuzzo-roberts.com</u>

LAW OFFICES • NUZZO & ROBERTS, L.L.C. • CHESHIRE, CONNECTICUT 06410 • (203) 250-2000 FAX (203) 250-3131 • JURIS NUMBER 019193

ONE TOWN CENTER • POST OFFICE BOX 747

# EXHIBIT B



### State of Connecticut Judicial Branch
# Superior Court E-Filing



E-Services Home
-
E-Services Inbox (36)
-
Superior Court E-Filing
  Civil/Family
  Housing
  Small Claims
-
E-File a New Case
-
E-File on an
Existing Case
  By Docket Number
  By Party Name
  List My Cases
-
Court Events
  By Date
  By Juris Number
  By Docket Number
-
Short Calendars
  Markings Entry
  Markings History
  My Short Calendars
  By Court Location
  Calendar Notices
-
My Shopping Cart (0)
My E-Filed Items
-
Legal Notices
-
Pending
Foreclosure Sales
-
Search By Property Address
-

**We are experiencing issues completing credit card transactions for filers using Safari browsers. At this time, if you are an attorney or firm using Safari as your browser, please either use a different browser or pay by check. Self-represented parties should also use a browser other than Safari if possible or should file any cases or motions which require a fee on paper with the Court Clerk. Thank you for your patience.**

**Attorney/Firm:** CARLTON FIELDS P.A.P.C. (420124)       **E-Mail:** harecf@cfdom.net   Logout

📎 NNI-CV21-6024318-S  YASEEN, DAHFIR v. STRATEGIC DELIVERY SOLUTIONS, LLC
**Prefix/Suffix:** [none]  **Case Type:** M90  **File Date:** 09/01/2021  **Return Date:** 09/14/2021

| Case Detail | Notices | History | Exhibits | Scheduled Court Dates | Help Manual |

To receive an email when there is activity on this case, click here.

**Select Case Activity:**  E-File a Pleading or Motion ⌄  Go

Information updated as of: 09/20/2021

| Case Information |
| --- |

| | |
| --- | --- |
| **Case Type:** | M90 - Misc - All other |
| **Court Location:** | Meriden JD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 09/20/2021  (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
| --- |

| | |
| --- | --- |
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

| Party & Appearance Information |
| --- |

| Party | No Fee Party | Party Category | Party Type |
| --- | --- | --- | --- |
| **P-01  DAHFIR YASEEN** | | Plaintiff | Person |
|   **Attorney:** 📎 NUZZO & ROBERTS LLC (019193)  File Date: 09/01/2021<br>    ONE TOWN CENTER<br>    PO BOX 747<br>    CHESHIRE, CT 06410 | | | |
| **D-01  STRATEGIC DELIVERY SOLUTIONS, LLC** | | Defendant | Firm or Corporation |
|   **Attorney:** 📎 CARLTON FIELDS P.A.P.C. (420124)  File Date: 09/20/2021<br>  ❗NEW   ONE STATE STREET<br>    SUITE 1800<br>    HARTFORD, CT 06103 | | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 📎 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| | | | Motions / Pleadings / Documents / Case Status | |
|---|---|---|---|---|
| **Entry No** | **File Date** | **Filed By** | **Description** | **Arguable** |
| | 09/20/2021 | D | **APPEARANCE** 📝 ❗NEW<br> Appearance | |
| 100.30 | 09/01/2021 | P | **SUMMONS** 📝 | No |
| 100.31 | 09/01/2021 | P | **COMPLAINT** 📝 | No |
| 100.32 | 09/01/2021 | P | **RETURN OF SERVICE** 📝 | No |
| 101.00 | 09/17/2021 | P | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20** 📝 ❗NEW | No |

| | | Scheduled Court Dates as of 09/17/2021 | | |
|---|---|---|---|---|
| | | NNI-CV21-6024318-S - YASEEN, DAHFIR v. STRATEGIC DELIVERY SOLUTIONS, LLC | | |
| **#** | **Date** | **Time** | **Event Description** | **Status** |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2021, State of Connecticut Judicial Branch

# EXHIBIT C

**State of Connecticut Judicial Branch**
## Superior Court E-Filing

**Attorney/Firm: CARLTON FIELDS P.A.P.C. (420124)**                    **E-Mail: harecf@cfdom.net**    Logout

**Hide Instructions**            **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

**Confirmation of E-filed Transaction  (print this page for your records)**

| | |
|---|---|
| **Docket Number:** | NNI-CV-21-6024318-S |
| **Case Name:** | YASEEN, DAHFIR v. STRATEGIC DELIVERY SOLUTIONS, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Sep-20-2021 |
| **Motion/Pleading by:** | CARLTON FIELDS P.A.P.C. (420124) |
| **Document Filed:** | 102.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Monday, September 20, 2021 2:30:22 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]        [ Return to Case Detail ]

Copyright © 2021, State of Connecticut Judicial Branch

| DOCKET NO.  NNI-CV21-6024318-S | : | SUPERIOR COURT |
| | : | |
| DAHFIR YASEEN | : | J.D. OF MERIDEN |
| | : | |
| V. | : | AT MERIDEN |
| | : | |
| STRATEGIC DELIVERY SOLUTIONS, LLC | : | SEPTEMBER 20, 2021 |

## <u>NOTICE OF FILING OF PETITION FOR REMOVAL</u>

TO THE JUDGES AND CLERK OF THE SUPERIOR COURT IN THE JUDICIAL DISTRICT OF STAMFORD AT STAMFORD IN THE STATE OF CONNECTICUT, WITHIN; AND TO ALL PARTIES TO THE ACTION HEREIN:

PLEASE TAKE NOTICE that the Defendant, Strategic Delivery Solutions, LLC, is filing a Petition for Removal of this action in the United States District Court for the District of Connecticut on September 20, 2021, pursuant to the provisions of 28 U.S.C. §§ 1331, 1332 and 1446.  You are advised to take no further action herein.

This notice of filing of petition is filed and served pursuant to 28 U.S.C. § 1446.

THE DEFENDANT,
STRATEGIC DELIVERY SOLUTIONS, LLC

By: */s/ Micah J. Vitale*
Jonathan C. Sterling
Micah J. Vitale
CARLTON FIELDS, P.A.P.C
One State Street, Suite 1800
Hartford, CT  06103-3102
Telephone: (860) 392-5000
Facsimile: (860) 392-5058
E-mail:    jsterling@carltonfields.com
mjvitale@carltonfields.com
Juris No. 420124

Its Attorneys

127156623.1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 20th day of September 2021, a copy of the foregoing was e-filed and served by U.S. Mail and e-mail, upon the following counsel of record:

Richard A. Roberts, Esq.
Samim Jabarkhail, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box. 747
Cheshire, CT 06410
Tel.: 203-250-2000
Fax: 203-250-3131
Email: rroberts@nuzzo-roberts.com


*/s/ Micah J. Vitale*
Micah J. Vitale